IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ISHMAEL H. OBAMA
ADC #145160                                                          PLAINTIFF

v.                          No. 5:18-cv-114-DPM

WENDY KELLEY, Director, ADC; ESTELLA
BLAND, APN, Varner Unit; STUKEY, Doctor,
Varner Unit; CORRECT CARE SOLUTIONS;
and RANDY WATSON, Warden, Varner Unit        DEFENDANTS

## ORDER

Unopposed recommendation, № 4, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Obama's complaint will be dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 July 2018