IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ISHMAEL H. OBAMA
ADC #145160                                                              PLAINTIFF

v.                              No. 5:18-cv-114-DPM

WENDY KELLEY, Director, ADC; ESTELLA
BLAND, APN, Varner Unit; STUKEY, Doctor,
Varner Unit; CORRECT CARE SOLUTIONS;
and RANDY WATSON, Warden, Varner Unit          DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 July 2018